Everett Beal, trustee under the last will and testament of Gustavus Bruington, deceased, appellee, v. Frances Marie Clough et al., defendants. Frances Marie Clough et al., appellant. Gen. No. 8,528.

Opinion filed February 23, 1933.
Hebel & Lutrell, for appellants. E. P. Field, for appellee.
Mr. Presiding Justice Wolfe delivered the opinion of the court.